

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
www.flmd.uscourts.gov

# MEMORANDUM

UNITED STATES OF AMERICA

VS.

CASE NO: 6:19-mj-1635

AHSHA NATEEF TRIBBLE

---

DATE: September 12, 2019

Your Case No.: 19-541

TO: United States District Court
District of Puerto Rico
150 Carlos Chandon Ave.
San Juan, PR 00018

FROM: Kim Anderson, Courtroom Deputy for
Gregory J. Kelly, United States Magistrate Judge
U.S. Courthouse
401 West Central Boulevard
Orlando, Florida 32801

SUBJECT: Rule 5(c) Proceedings

The above styled case originated in your district. Enclosed please find original documents regarding proceedings held in the Middle District of Florida in Orlando, Florida wherein the following action was taken:

INITIAL APPEARANCE: September 10, 2019

RELEASE/DETENTION: Conditions of Release were set and the Defendant was released on bond.

SCHEDULED HEARING: Upon notice by the charging district.

CHARGING DOCUMENT: Indictment

Enclosures- all original documents including defendant's passport.