AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
District of Puerto Rico

| United States of America | ) |
|---|---|
| v. | ) Case No. |
| AHSHA N. TRIBBLE | ) |
| | ) |
| *Defendant* | ) |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 04/21/2022

*Defendant's signature*

*Signature of defendant's attorney*

Deana Timberlake-Wiley, Diego Alcala Laboy
*Printed name of defendant's attorney*

*Judge's signature*

*Judge's printed name and title*