# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA

v.

Ahsha Nateef Tribble

CASE NO. 19-CR-541-01 (RAM)

## JUDGMENT OF DISMISSAL

Defendant __Ahsha Nateef Tribble__ has been charged with the offense(s) of:

Count 1 - 18:371 CONSPIRACY TO COMMIT BRIBERY
Counts 2-5 - 18:1343 AND 1346: HONEST SERVICES WIRE FRAUD
Count 6 - 18:1040 AND 2: DISASTER FRAUD
Counts 7-10 - 18:1952(a)(3) TRAVEL ACT

It is hereby ORDERED and ADJUDGED that the case against this defendant be DISMISSED for the reason set forth below:

[✓] The Court has granted the motion of the government for dismissal with prejudice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure,

[ ] The Court has dismissed the charges without prejudice, for unnecessary delay, pursuant to Rule 48(b) of the Federal Rules of Criminal Procedure.

[ ] The Court has dismissed the charges **without prejudice**, as defendant remains fugitive.

[ ] The Court has dismissed the charges due to defendant's death.

IT IS SO ORDERED.

In San Juan, Puerto Rico, on December 13, 2022.

S/ Raul M. Arias-Marxuach
United States District Judge

DPR Forms. Rev. Feb. 2016